EXHIBIT - A

**From:** Chris Griesmeyer <cgriesmeyer@grglegal.com>
**Sent:** Thursday, October 6, 2022 4:50 PM
**To:** John Billhorn <jbillhorn@billhornlaw.com>
**Subject:** RE: DiCicco

You can propose whatever you'd like; but it won't be agreed.

**Christopher S. Griesmeyer**
**GREIMAN, ROME & GRIESMEYER, LLC**
205 W. Randolph Street | Suite 2300
Chicago, Illinois 60606
(312) 428-2741 (Direct)
(312) 339-7439 (Mobile)

GRG GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.